1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

JUSTIN STERNBERG, individually; SHAWN STERNBERG, individually; STEEL STRUCTURES AMERICA, INC., an Idaho corporation doing business in Washington and Idaho; STEEL STRUCTURES AMERICA, INC. D/B/A STEEL STRUCTURES AMERICA, INC., WASHINGTON DIVISION, a foreign profit corporation doing business in Washington and Idaho; STERNBERG INVESTMENTS, L.L.C., a Washington limited liability company doing business in Washington and Idaho; STERNBERG PROPERTIES, LLC, a Washington limited liability company doing business in Washington and Idaho; GARAGE DOOR DESIGN, INC., a foreign profit corporation doing business in Washington and Idaho; PERMA COLUMN PRECAST, INC., an Idaho corporation doing business in Washington and Idaho,

            Plaintiffs,

vs.

MOSS ADAMS LLP, a Washington limited liability partnership doing business in Washington and Idaho; ANNA VAUGHAN, individually and as an agent of Moss Adams LLP; KELLI FRANCO, individually and as an agent of Moss Adams LLP.

            Defendants.

No. 2:21-cv-01044

ORDER FOR DISMISSAL WITH PREJUDICE

1  Based on the Joint Motion and Stipulation filed by Plaintiffs and Defendant,

2  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall

3  be and is hereby dismissed with prejudice and that each party shall bear their own costs

4  and attorneys' fees.

5  Dated this 13th day of December, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER FOR DISMISSAL WITH
PREJUDICE - 2

WITHERSPOON · KELLEY
422 WEST RIVERSIDE AVENUE, SUITE 1100
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265